IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RODDRICK DESHUN FRAZIER, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-CV-114(WLS) |
| | * |
| ROY HART, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated February 6, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of February, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk